UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAJU RAJINDER,

        Plaintiffs,

vs.

Case No. 13-12395

HON. GEORGE CARAM STEEH

AARGON AGENCY, INC.,

        Defendants.

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 10, 2013 the Court entered an Order to Show Cause to Plaintiff by September 24, 2013 why this action should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.

Dated: September 25, 2013

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Raju Rajinder, 215 Laprairie, Ferndale, MI 48220 and attorneys of record on September 25, 2013 by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk